UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATE OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 08-213 |
| JIMMIE LEE WINTERS | SECTION: "S" (5) |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582 (Doc. # 211) is **DENIED**.

Title 18, United States Code, Section 3582(c) permits the court to modify final sentencing judgments under specified circumstances:

> (1) in any case–
>
> (A) the court, upon motion of the Director of the Bureau of Prisons, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that--
>
> (i) extraordinary and compelling reasons warrant such a reduction; or

(ii) the defendant is at least 70 years of age, has served at least 30 years in prison, pursuant to a sentence imposed under section 3559(c), for the offense or offenses for which the defendant is currently imprisoned, and a determination has been made by the Director of the Bureau of Prisons that the defendant is not a danger to the safety of any other person or the community, as provided under section 3142(g);

and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission; and

(B) the court may modify an imposed term of imprisonment to the extent otherwise expressly permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure; and

(2) in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a0 to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

Here, there was no motion by the Director of the Bureau of Prisons and the Sentencing Commission has not subsequently lowered the sentencing range. Further, Rule 35 of the Federal Rules of Criminal Procedure provides that a district court may correct a sentence that resulted from arithmetical, technical, or other clear error within 7 days after sentencing or upon the government's motion for substantial assistance. The government has not filed a motion for reduction. Moreover, the defendant was sentenced on July 8, 2009, and pursuant to Rule 35, this court lacks jurisdiction to address his request for a sentence reduction.

New Orleans, Louisiana, this \_\_17th\_\_ day of December, 2009.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**